# Order

Michigan Supreme Court
Lansing, Michigan

January 12, 2006

130272 & (18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                       SC: 130272
COA: 266826
Calhoun CC: 2005-03191-FC;
2005-003140-FC;
2005-002906-FC

GENAIL QUINCY POSTLEY, JR.,
      Defendant-Appellee.

_____/

      On January 9, 2006, this Court granted a motion for immediate consideration and stayed the proceedings in the Calhoun Circuit Court. On order of the Court, the application for leave to appeal the January 6, 2006 order of the Court of Appeals is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals as on leave granted, and DIRECT that court to decide the case on an expedited basis.

      We further ORDER that the stay issued by this Court on January 9, 2006, remains in effect until completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2006

Clerk

p0112